EDGAR WOLFE, as Administrator of the Estate of JOE N. WOLFE, Deceased, Respondent, v. PITTSTON STEVEDORING CORP., Appellant, et al., Defendants.— In an action to recover damages for wrongful death of plaintiff's intestate, suffered in the fall of lumber concededly piled by defendant Pittston Stevedoring Corp., the appeal is from a judgment entered on a jury verdict, insofar as said judgment is in favor of plaintiff and against said defendant. Judgment, insofar as appealed from, unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

MARY ZUMPANO et al., Appellants, v. GRAMATAN BAKERIES, INC., Respondent. — Action brought in the City Court of Mount Vernon to recover damages for personal injuries alleged to have been sustained by plaintiff Mary Zumpano and by her husband for medical expenses and loss of services. It appears that plaintiff wife upon leaving defendant's bakery store, slipped and fell on a terrazzo surface which sloped downward from the floor of the store to the sidewalk, that it was raining hard at the time, and that it had been drizzling for several hours theretofore. The Trial Judge set aside the verdict in favor of plaintiffs and granted the motions to dismiss the complaint. Plaintiffs appeal from the judgment entered thereon, contending that the verdict should be reinstated. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Schmidt, Murphy and Ughetta, JJ.

## (June 13, 1955.)

D. ALPER CO. INC., Doing Business as LONG ISLAND BEAM CO., Respondent, v. MONTAN EXPORT, N. V., Appellant, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ. [See 285 App. Div. 1082.]

In the Matter of EUGENE F. CONNAUGHTON et al., Respondents, against OSCAR M. TAYLOR et al., Constituting the New York State Civil Service Commission, Appellants, and HOWARD G. WILSON et al., Constituting the Nassau County Civil Service Commission, et al., Respondents.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ. [See 285 App. Div. 1169.]

In the Matter of the Accounting of URSULA GOLDEN, as Administratrix of the Estate of HERMAN GOLDEN, Deceased, Appellant. ELIZABETH GOLDEN, Respondent; ROBERT E. THORNHILL, Special Guardian of DONNA L. GOLDEN, an Infant, Appellant.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Schmidt, Beldock, Murphy and Ughetta, JJ. [See 285 App. Div. 1150.]